**Shaun M. EALY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 54423.**

Missouri Court of Appeals,
Western District.

Jan. 20, 1998.

Rebecca L. Kurz, Asst. Appellate Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Elizabeth L. Ziegler, Sp. Asst. Atty. Gen., Jefferson City, for Respondent.

Before SPINDEN, P.J., and LAURA DENVIR STITH and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

Shaun M. Ealy appeals the circuit court's judgment dismissing his Rule 24.035 motion for postconviction relief as being filed out of time.

Judgment affirmed. Rule 84.16(b).